163 So. 907

■

**Alva HUGHES v. STATE.**
4 Div. 183.

Court of Appeals of Alabama.
Nov. 5, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 917

■

**Alvie HUGHES v. STATE.**
8 Div. 107.

Court of Appeals of Alabama.
Feb. 26, 1935.

SAMFORD, Judge.
Affirmed.

154 So. 922

■

**Luther, alias Jack, HUGHES v. CITY OF HUNTSVILLE.**
8 Div. 968.

Court of Appeals of Alabama.
May 17, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

159 So. 917

■

**Carlton HUNT v. STATE.**
8 Div. 19.

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.

163 So. 907

■

**Johnnie HUNT v. STATE.**
7 Div. 191.

Court of Appeals of Alabama.
Oct. 8, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

159 So. 917

■

**Henry HUTCHINSON v. STATE.**
8 Div. 116.

Court of Appeals of Alabama.
Feb. 5, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

154 So. 922

■

**INDUSTRIAL LIFE & HEALTH INS. CO. v. Willie POLK pro ami.**
6 Div. 571.

Court of Appeals of Alabama.
April 19, 1934.

J. Edgar Bowron, of Birmingham, for appellant.
Harrison Kendrick, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.